UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:11-0765-JFA |
|---|---|---|
| v. | ) | |
| HENRY ALLEN THOMAS | ) | ORDER |

The United States has moved to dismiss this matter on the ground that the defendant successfully completed the pretrial diversion program. The Motion is granted, and it is hereby ordered and decreed that Indictment Number 3:11-0675 against the defendant, **HENRY ALLEN THOMAS**, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

January 24, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge